**Order filed July 6, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00586-CR
_____

## EX PARTE WILLIAM SOLOMON LEWIS, Appellant

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1678565**

## O R D E R

William Solomon Lewis brings this appeal from the trial court's order on his application for writ of habeas corpus seeking a reduction in bail. The State has informed this court appellant was found guilty on April 12, 2021, and on July 1, 2021, was sentenced to prison for eight years. Accordingly, this appeal is moot. *See Ex parte Tucker*, 3 S.W.3d 576, 576 (Tex. Crim. App. 1999) ("The appellant having been tried during the pendency of this appeal, the question of his pre-trial bond is moot."); *Bennet v. State*, 818 S.W.2d 199, 200 (Tex. App.–Houston [14th Dist.] 1991, no pet.) (same).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 16, 2021, containing the judgment of conviction in trial court cause number 1678565 on or before **July 21, 2021**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.